# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL SMITH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | No. 15-cv-6516 |
| CITY OF PHILADELPHIA, | : | |
| DEPARTMENT OF LICENSES | : | |
| AND INSPECTIONS, | : | |
| Defendant. | : | |

## ORDER

This 19th day of January 2018, for the reasons outlined in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 32) is **DENIED**.

Gerald Austin McHugh
United States District Judge

1